

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GROVER SELLERS
WILKINSON
ATTORNEY GENERAL

Honorable Richard F. Stovall

District Attorney
110th Judicial District
Floydada, Texas

Dear Sir:

Opinion No. 0-6600
Re: Whether the tax collector of Floyd
County is required to collect a One
Dollar ($1.00) fee for each certi-
ficate of redemption issued when
delinquent taxes are paid?

Your request for an opinion from this department has been referred to the writer for attention and reply. Your request reads in part as follows:

"Please give me your opinion as to whether or not the Tax Collector of Floyd County, Texas, is required to collect a one dollar ($1.00) fee for each Certificate of Redemption issued when delinquent taxes are paid. The tax collector has been advised by the auditor that she must collect a one dollar ($1.00) fee for each year that the taxes have been delinquent, in other words, if a tax payer has been delinquent in the payment of his taxes on a certain piece of property for 5 years and desires to pay said taxes, the Tax Collector must collect, in addition to the taxes, penalty and interest, $5.00 for issuing a Redemption Certificate, and if this is not done, the Tax Collector would be liable to the county for failure to do so. In our county the Tax Collector advises that the maximum fees of office are earned without the necessity of collecting the one dollar ($1.00) redemption fee for each year that the taxes may be delinquent.

". . . ."

Article 7331, Revised Civil Statutes, provides in part:

"For calculating and preparing redemption cer-

tificates and receipts, reporting and crediting re-
demptions, posting Comptroller's redemption numbers
on the delinquent tax record or annual delinquent
list, mailing certificates of redemption to tax-
payers after approval by the Comptroller, and for
issuing receipts or certificates of redemption for
property shown on the annual delinquent list, the
tax collector shall be entitled to a fee of one
dollar ($1.00) for each correct assessment of land
to be sold, said fee to be taxed as costs against
the delinquent.  Correct assessment as herein used
means the inventory of all properties owned by an
individual for any one year. . . . ."

We are advised by the Comptroller's Department that
the county officers of Floyd County are compensated on the
basis of fees earned by them in the performance of their of-
ficial duties.  The maximum fees which may be retained are
fixed by Articles 3883 and 3891, R.C.S.  The fees must be
collected and paid to the county treasurer after deducting
salaries and authorized expenses as provided by Article 3891,
R.C.S.  In fact, failure to charge up the fees or costs that
may be due under existing laws is made a penal offense by Ar-
ticle 102 of the Penal Code, which reads as follows:

"Any county officer or any district attorney
to whom fees or costs are allowed by law who shall
fail to charge up the fees or costs that may be due
under existing laws, or who shall remit any fee
that may be due under the laws, or who shall fail
to make the report required by law, or who shall
pay his deputy, clerk or assistant a less sum than
specified in his sworn statement, or receive back
as a rebate any part of the compensation allowed
such deputy, clerk or assistant, shall be fined
not less than twenty-five nor more than five hun-
dred dollars.  Each act forbidden by this article
is a separate offense."

We trust that the above will satisfactorily answer
your inquiry.

Very truly yours
ATTORNEY GENERAL OF TEXAS

HTBD:db:wc

APPROVED MAY 29, 1945                    By s/H. T. Bob Donahue
s/Grover Sellers                              H. T. Bob Donahue
ATTORNEY GENERAL OF TEXAS                            Assistant

Approved Opinion Committee By_s/BWB_Chairman